COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Charles Wilson Seaman
Attorney at Law
P. O. Box 835
Natchitoches LA 71458-0835


**REHEARING ACTION: September 28, 2011**


**Docket Number: 11   00618-KW**

**STATE OF LOUISIANA
VERSUS
BOBBY NEAL JONES, JR.**

**Writ Application from Natchitoches Parish Case No. 16,382-1 (B)**


**BEFORE JUDGES:**

> **Hon. Elizabeth A. Pickett
> Hon. Shannon J. Gremillion
> Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bobby Neal Jones, Jr.** has this day been

> **DENIED.**


cc: Van Hardin Kyzar, Counsel for  the Respondent